Frank Tufano
25 Dundaff ST
Carbondale, PA 18407
(917)599-2160
frankatufano@gmail.com

FILED
SCRANTON

FEB 17 2026

PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK TUFANO<br><br>    Plaintiff,<br><br>vs.<br><br>RICHARD BURGESS<br><br>"VEGAN GAINS"<br><br>    Defendants | Case No.: 3:26-cv-397-PJC<br><br>VERIFIED COMPLAINT |

1. Richard Burgess, known as "Vegan Gains," is an online social media influencer who posts videos, primarily to his YouTube channel, premises as his name implies, about the vegan diet and fitness.

2. What started as a friendly debate and rivalry has turned into consistent harassment, nothing short of a hate campaign, against Frank Tufano personally. Frank Tufano has not communicated or referred to Vegan Gains in several years however this individual continues to make videos about him every single week.

3. It is highly unusual for Richard Burgess to make weekly content about Frank Tufano considering that there is no active "rivalry," and has not been for over 5 years at a minimum.

4. These videos consist of Richard viewing Frank Tufano's own social media posts and videos and critiquing them, making up lies, saying horrible things, and having his followers either mass-report my videos or leave hateful comments.

VERIFIED COMPLAINT - 1

5. This planned weekly-hate has done irreversible damage to Frank Tufano's reputation, and the sheer amount of content that this individual has posted would take months and months to review. On YouTube alone there is hundreds and hundreds of hours of content of Vegan Gains harassing Frank Tufano, usually on live stream reactions. These videos are hidden to the public after they are posted and only viewable to members subscribed to his channel, however there are many third party individuals that record these live streams and report them for all the public to see.

6. These hateful comments directed at Frank Tufano are the opposite of the truth. If Frank Tufano is selling a product, Richard will imply he is a scammer and that it's not a legitimate business. If Frank Tufano tells a story about him being scammed, Ricahrd will side with the scammer and try to justify it in some way. Richard constantly attempts to degrade Frank Tufano by bringing in personal insults about his family life and sexuality, which never has any context to the material being reviewed.

**JURY TRIAL DEMANDED**

7. The 7th Amendment to the U.S. Constitution guarantees the right to a jury trial in federal civil cases where the value in controversy exceeds $20.

8. Frank Tufano requests all case decisions pertaining this matter be decided by a jury of his peers.

VERIFIED COMPLAINT - 2

## JURISDICTION

9. This Court has subject matter jurisdiction pursuant to 28 U.S.C. par. 1332 because there is a complete diversity of citizenship between each plaintiff and Defendant and the amount in controversy exceeds $75,000.

10. Frank Tufano's operates his businesses and social media accounts from his residence in Lackawanna County, PA.

11. Richard Burgess is a resident of Canada, 2a David St Spencerville, ON K0E 1X0, Canada.

12. Both individuals post their video content on YouTube, which is an online social media platform operating from the United States of America.

## FIRST CLAIM FOR RELIEF
## TITLE 42 CHAPTER 83 SECTION 43 DEFAMATION OF CHARACTER

13. In an action for defamation, the plaintiff has the burden of proving, when the issue is properly raised:

A. The defamatory character of the communication.

B. Its publication by the defendant.

C. Its application to the plaintif

D. The understanding by the recipient of its defamatory meaning.

E. The understanding by the recipient of it as intended to be applied to the plaintiff.

F. Special harm resulting to the plaintiff from its publication.

G. Abuse of a conditionally privileged occasion.

VERIFIED COMPLAINT - 3

14. There are hundreds of hours of video content on YouTube that has been posted by Vegan Gains, with even more content deleted by him. YouTube would likely have to be Subpoenaed as this individual will try to remove as much evidence as possible.

15. Richard is aware that the material he posts is defamatory and targeted towards Frank Tufano, and has intentionally done so to harm Frank Tufano's personal and business reputation.

## EIGTH CLAIM FOR RELIEF
## TORTIOUS INTERFERENCE

1. Tortious interference, also known as intentional interference with contractual relations, is a legal principle that protects business relationships by holding a party liable for damages when they intentionally interfere with a valid contract or business relationship between others, causing harm. Frank Tufano requests all case decisions pertaining this matter be decided by a jury of his peers.

2. Tortious interference arises when a party's intentional actions disrupt a legally binding agreement or a promising business relationship, resulting in harm to another party:

    A. This involves interfering with a potential business relationship, even if no contract exists.

    B. Intentional interference: The defendant's actions must be intentionally designed to disrupt the contract or relationship.

3. Richard has damaged many of Frank Tufano's business relationships, either by deterring customers from doing business with him, or getting him repeatedly

VERIFIED COMPLAINT - 4

banned on social media accounts by encouraging his viewers to mass-report Frank Tufano's social media posts without any just reason.

### NINTH CLAIM FOR RELIEF
### CIVIL CONSPIRACY

4. A civil conspiracy occurs when two or more people agree to do something unlawful that harms a third party, and then one of those people takes action to carry out the plan. The unlawful act can deprive another of a lawful right, deceive them, or accomplish an illegal end. When that occurs, a civil conspiracy claim generally allows an injured party to recover jointly and severally from a tortfeasor's co-conspirators, regardless of which one directly perpetrated the harm. Court Opinions.

16. Richard Burgess "Vegan Gains," has conspired with many individuals, including his followers, to target and harass Frank Tufano. This is likely a close network of friends who he then directs to guide his followers in this continued hateful assault against Frank.

### REQUEST FOR TEMPORARY RESTRAINING ORDER

17. Frank Tufano hereby requests a TEMPORARY RESTRAINING ORDER to be issued against Vegan Gains and his followers, prohibiting them from speaking about Frank Tufano in any fashion, as the majority of his YouTube content has been used for a targeted and malicious attack against Frank Tufano's person and business.

VERIFIED COMPLAINT - 5

## PRAYER FOR RELIEF

5. WHEREFORE, by reason of the acts and circumstances alleged herein, Frank Tufano seeks relief from this Court as follows:

   a. Judgement on each of the claims set forth above against Richard Burgess AKA "Vegan Gains."

   b. Defendant to compensate Frank Tufano for the loss of business revenue as a result of their site users not purchasing from Frankie's Free Range Meat due to the malicious hate campaign targeting Frank Tufano's personal reputation and business.

   c. Frank Tufano estimates an approximate $123,000 in profit has been lost every single year as a result of the defamatory content that has been posted.

   d. Frank Tufano to be compensated a total of $615,000 for the entire duration of the 5 years of targeted harassment against him.

Dated: Monday, February 16, 2026

By: _____/s/ Frank Tufano

Frank Tufano

VERIFIED COMPLAINT - 6